UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMMY DEMOND BELL, 168174,

    Plaintiff,

v.                                      CASE NO. 06-0404-KD-M

J. PERRY NEWTON, et al.,

    Defendants.
_____/

## ORDER

United States Magistrate Judge Bert W. Milling, Jr., submits a report (Doc. 15) on the plaintiff's action under 42 U.S.C. § 1983 and recommends the dismissal of the action with prejudice, before service of process, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii). The plaintiff objects. (Doc. 18) A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution. Accordingly, the plaintiff's objections (Doc 18) are **OVERRULED**, the Magistrate Judge's recommendation (Doc. 15) is **ADOPTED**, and the action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to enter judgment in favor of each defendant and against the plaintiff.

ORDERED in Tampa, Florida, on June 4, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE